Williamsburg Iron and Wire Works, Inc., Respondent, v. John F. Kuhn and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., dissented as to the claim for extra work on the ground that there was no order in writing given by the general contractor to the plaintiff for such extra work as required by the

second article of the contract between the plaintiff and the general contractor.)